**No. 63114.**—H. P. Lambert Co., Inc., of La. *v.* United States, protests 307878–K/14795, 307883–K/14554, and 58/21050–14788 (New Orleans).

Opinion by RAO, J. An examination of the official records disclosing no evidence to disturb the presumptively correct classification made by the collector, the protests were overruled.